# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:22-cv-01037-CEM-EJK

MICHAEL R. MCNEIL,

   Plaintiff,

vs.

WALI ALAFGHANI, and TEJADA
MINI MARKET, LLC, d/b/a TEJADA
MINI MARKET,

     Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel,

hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action,

against Defendants, WALI ALAFGHANI, and TEJADA MINI MARKET, LLC,

d/b/a TEJADA MINI MARKET.

Respectfully submitted this 22nd day of August 2022.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.


By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com