UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

      **Plaintiff,**

**v.**                               **Case No.  6:22-cv-1037-CEM-EJK**

**WALI ALAFGHANI and TEJADA
MINI MARKET, LLC,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Stipulation of Voluntary Dismissal with Prejudice (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 23, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record